# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SALVADOR FRANCO-GOMEZ,<br><br>            Petitioner,<br><br>v.<br><br>KRISTI L. NOEM, Secretary of Department of Homeland Security; *et al.*<br><br>            Respondent(s). | No. |

## ENTRY OF LIMITED APPEARANCE OF PRO BONO COUNSEL

To the Clerk of this court and all parties of record:

Please enter my special and limited appearance **as Pro Bono counsel** in this case for **SALVADOR FRANCO-GOMEZ**.

I certify that I am admitted to practice in this court. I also certify that I am registered in this Court's Electronic Case Filing System.

| | |
|---|---|
| Dated:    May 16, 2025 | Respectfully submitted,<br><br>*/S/ Robert Don Gifford, II*<br>ROBERT D. GIFFORD, OBA #17034<br>**Gifford Law, P.L.L.C.**<br>P.O. Box 2682<br>Oklahoma City, OK  73101-2682<br>T: 405.778.4647 | F: 877.295.0287<br>E: Robert.Gifford@GiffordLawyer.com |

**\*Pro Bono Counsel**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the ECF registrant(s) of record. Notice has also been provided to the U.S. Attorney's Office for the Northern District of Oklahoma and Regional Counsel for ICE by email.

                                                  */s/ Robert Don Gifford, II*
                                                  ROBERT D. GIFFORD, II
                                                  PRO BONO ATTORNEY
                                                  FOR THE PETITIONER