## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **SALVADOR FRANCO-GOMEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-CV-0243-CVE-MTS** |
| | ) | |
| **KRISTI L. NOEM, Secretary of** | ) | |
| **the United States Department of** | ) | |
| **Homeland Security,** | ) | |
| **JOSHUA JOHNSON, Acting Field** | ) | |
| **Officer of Immigrations and Customs** | ) | |
| **Enforcement, Enforcement and Removal** | ) | |
| **Operation, Dallas Field Office,** | ) | |
| **VIC REGALADO, Tulsa County Sheriff,** | ) | |
| **and TULSA COUNTY COUNTY** | ) | |
| **CRIMINAL JUSTICE AUTHORITY,** | ) | |
| | ) | |
| **Respondents.[1]** | ) | |

### ORDER DIRECTING PETITIONER TO CURE FILNG FEE DEFICIENCY

Petitioner Salvador Franco-Gomez, appearing through counsel, initiated this action on May 16, 2025, by filing an emergency petition for writ of habeas corpus and injunctive relief, pursuant to 28 U.S.C. § 2241 (Dkt. # 1). Hours later, petitioner filed an application for issuance of order for respondents to show cause pursuant to 28 U.S.C. § 2243 (Dkt. # 3). However, petitioner did not pay the filing fee necessary to commence this action. Nor did he file a motion for leave to proceed in forma pauperis. On or before May 20, 2025, petitioner shall either pay the $5 filing fee

---

[1] Petitioner also named as a respondent in this habeas action the Tulsa County Criminal Justice Authority ("TCCJA"), suggesting that the TCCJA is his immediate custodian. Dkt. # 1, at 1, 6; see Rumsfeld v. Padilla, 542 U.S. 426, 434-42 (2004) (discussing immediate-custodian rule). Because petitioner has satisfied the immediate-custodian rule by naming Sheriff Regalado as a respondent, the Court dismisses the TCJAA from this action and directs the Clerk of Court to terminate the TCCJA as a party respondent.

or file a properly supported motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  28 U.S.C. § 1915(a); LCvR3-2(a).

 **IT IS THEREFORE ORDERED** that, **on or before May 20, 2025**, petitioner shall either **pay** the $5 filing fee or **file** a properly supported motion for leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

 **IT IS FURTHER ORDERED** that the Tulsa County Criminal Justice Authority is **dismissed** from this action and the Clerk of Court shall **terminate** this entity as a party respondent.

 **DATED** this 19th day of May, 2025.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE