UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SALVADOR FRANCO-GOMEZ,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 25-CV-0243-CVE-MTS |
| ) | |
| **KRISTI L. NOEM,** Secretary of ) | |
| the United States Department of ) | |
| Homeland Security, ) | |
| **JOSHUA JOHNSON,** Acting Field ) | |
| Officer of Immigrations and Customs ) | |
| Enforcement, Enforcement and Removal ) | |
| Operation, Dallas Field Office, ) | |
| **VIC REGLADO,** Tulsa County Sheriff, ) | |
| ) | |
| Respondents. ) | |

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Petitioner Salvador Franco-Gomez, appearing through counsel, initiated this action on May 16, 2025, by filing an emergency petition for writ of habeas corpus and injunctive relief, pursuant to 28 U.S.C. § 2241 (Dkt. # 1). Hours later, petitioner filed an application for issuance of order for respondents to show cause pursuant to 28 U.S.C. § 2243 (Dkt. # 3), requesting an expedited briefing schedule.

Petitioner, a Mexican citizen, presently is in custody of the United States Immigration and Customs Enforcement ("ICE"). Dkt. # 1, at 1-5, 9-11. He claims that he is being unlawfully detained at the David L. Moss Criminal Justice Center in Tulsa, Oklahoma, pending removal proceedings, and that "there is a high likelihood that [he] will not be given any due process" before being transported to Texas and removed to Mexico. Id. He seeks emergency injunctive relief and immediate release on bond. Id. at 11-12. In his application, petitioner requests an expedited briefing schedule. Dkt. # 3. Having reviewed the emergency petition and the application, the

Court grants petitioner's application and directs respondents to show cause why the writ should not issue. Respondents shall file a response to the petition on or before May 23, 2025. Petitioner may file an optional reply on or before May 27, 2025.

The Clerk of Court shall send, electronically, if feasible, and via regular mail, a copy of the petition (Dkt. # 1) and a copy of this order to: (1) Kristi L. Noem, Secretary of the United States Department of Homeland Security; (2) Joshua Johnson, Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Dallas Field Office; (3) Vic Regalado, Tulsa County Sheriff; (4) Pamela Bondi, Attorney General of the United States; and (5) Clinton J. Johnson, United States Attorney for the Northern District of Oklahoma.

**IT IS THEREFORE ORDERED** that petitioner's application (Dkt. # 3) is **granted**. Respondents shall **file** a response to the petition **on or before May 23, 2025**. Petitioner may **file** an optional reply **on or before May 27, 2025**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **send** a copy of the petition (Dkt. # 1) and a copy of this order, via regular mail and, if feasible, electronically, to:

(1) Kristi L. Noem, Secretary of the United States Department of Homeland Security, MS 0525 Department of Homeland Security, 2707 Martin Luther King Jr Ave SE, Washington, DC 20528-0525;

(2) Joshua Johnson, Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Dallas Field Office, 8101 N. Stemmons Frwy, Dallas, TX 75247, Joshua.D.Johnson@ice.dhs.gov;

(3) Sheriff Vic Regalado, David L. Moss Criminal Justice Center, 300 N Denver, Tulsa, OK, 74103, sheriff@tcso.org;

(4) Pamela Bondi, United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and

(5) Clinton J. Johnson, United States Attorney for the Northern District of Oklahoma, United States Attorney's Office, 110 W 7th Street, Suite 300, Tulsa, OK 74119, Clinton.J.Johnson@usdoj.gov.

**DATED** this 19th day of May, 2025.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE