## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SALVADOR FRANCO-GOMEZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI L. NOEM, Secretary of the ) <br> Department of Homeland Security, ) <br> ) <br> JOSHUA JOHNSON, Immigration and ) <br> Customs Enforcement, Enforcement and ) <br> Removal Operations, Dallas Field Office ) <br> Director, ) <br> ) <br> VIC REGALADO, Tulsa County Sheriff, ) <br> ) <br> Respondents. ) | Case No. 25-cv-00243-CVE-MTS |

**Appearance**

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case for:

Vic Regalado, in his official capacity as the Tulsa County Sheriff.

| | |
|---|---|
| May 23, 2025 | s/Mike Shouse |
| Date | Mike Shouse |
| | |
| Type of Appointment: ■ Retained  ☐ CJA | Mike Shouse |
| ☐ FPD  ☐ Pro Bono  ☐ Pro Se | Print Name |
| | |
| | Tulsa County District Attorney's Office |
| | Firm Name |
| | |
| | 218 West Sixth Street, Suite 930 |
| | Mailing Address |
| | |
| 33610 | Tulsa,  Oklahoma   74119 |
| Oklahoma State Bar Number (If Applicable) | City   State   Zip Code |
| | |
| mshouse@tulsacounty.org | (918) 596-4825      (918) 596-4804 |
| e-mail address | Phone Number      Fax Number |

**CERTIFICATE OF SERVICE & ELECTRONIC NOTICE**

   I certify that on this 23rd day of May, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

                   s/Mike Shouse
                   Mike Shouse